

RECEIVED
JAN 2 8 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 1:20-CR-0001 |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| DMITRY ALEXANDER BORISOV, ) | T. 21, U.S.C. § 841(a)(1) |
| ) | T. 21, U.S.C. § 841(b)(1)(B) |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about January 1, 2020, in the Southern District of Iowa, the Defendant, DMITRY ALEXANDER BORISOV, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Kerrie L. Snyder
Special Assistant United States Attorney

1